IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| NATALIA WARD,<br><br>Plaintiff,<br><br>v.<br><br>COLLEGE OF CHARLESTON and MATTHEW HART,<br><br>Defendants. | C/A No.:     2:26-cv-00423-DCN<br><br><br><br>COMPLAINT |

The Plaintiff above named, complaining of the Defendants alleges:

1. Plaintiff is a resident in the State of Pennsylvania, County of Philadelphia.

2. Defendant College of Charleston is a public university and agency of the State of South Carolina, established, created, and existing under and by virtue of the law of the State of South Carolina.

3. Defendant Matthew Hart is a resident and citizen of the State of Maryland, City of Baltimore, and at all times mentioned was acting individually and as agent, servant, and/or employee of College of Charleston.

4. The jurisdiction of this court is invoked because the claims arising herein are within the admiralty and maritime jurisdiction of this court under Rule 9(h), F.R.C.P., for the purpose of Rule 14(c), 38(e), and 82 and the Supplemental Rules for Certain Admiralty and Maritime Claims and are cognizable only in admiralty.

1

5. Venue is proper in this court because the events giving rise to this claim – i.e., the accident resulting in injuries to Natalia Ward– occurred in this district.

6. That on May 12, 2024, Defendant College of Charleston was the owner of a 1998 seventeen (17) foot EdgeWater center console Boat, bearing South Carolina boat registration official number SC 9522 BD and College of Charleston Sailing logo, located at the College of Charleston J. Stewart Walker, Jr., Sailing Complex for use in South Carolina where it was so used on navigable waters in Charleston County, South Carolina.

7. That on May 12, 2024, Defendant Matthew Hart using his status as a student athlete and/or employee of College of Charleston accessed the J. Stewart Walker, Jr. Sailing Complex to obtain the keys to the Boat and operate the Boat owned by the College of Charleston departing from the J. Stewart Walker, Jr. Sailing Complex located in Patriots Point Marina in Mount Pleasant, South Carolina and was operating said boat on navigable waters of the Charleston Harbor located in Charleston County, South Carolina.

8. That on the aforesaid date, at the time and place of operation, Natalia Ward was a passenger, instructed by Defendant Matthew Hart to sit in the front of the aforesaid boat located in navigable waters and by and through the negligence, carelessness, recklessness, willfulness and wantonness of the Defendants, Defendant Matthew Hart operating the boat at an excessive and dangerous speed based upon the conditions, failed to avoid a wake and/or slow the boat in response to said wake and/or take any action to minimize the impact of said wake, as a result of which Plaintiff was propelled into the air with great force and violence before landing in the boat, sustaining severe and serious injuries as hereinafter set forth.

9. That the aforesaid injuries to Plaintiff were caused by and were a direct and proximate result of the negligence, carelessness, recklessness, willfulness and wantonness of the Defendants, jointly, severally, or in the alternative and consisted of the following:

    a. In operating the boat at a high, dangerous and excessive rate of speed under the circumstances;

    b. In failing to ensure the safety and well-being of the passengers on the vessel;

    c. In failing to properly operate said vessel;

    d. In failing to keep a proper lookout;

    e. In failing to exercise due care and caution in the operation of the vessel;

    f. In representing he was familiar with the operational capabilities and operating characteristics and that he could operate the boat safely and under all reasonably foreseeable conditions; and

    g. In failing to exercise that degree of care which a reasonably prudent person would have exercised under the same or similar circumstances.

10. That by reason of and in consequence of the aforesaid conduct of the Defendants, jointly, severally and in the alternative, and as a direct and proximate result thereof Plaintiff was thrown while in the aforesaid boat with great force and violence, resulting in severe injuries to Plaintiff in and about her entire body, including injuries to her knee and foot and other parts of her body, requiring treatment at hospitals, medical care and other medical treatment, by reason of which Plaintiff has been caused to expend monies for doctors and other medical expenses, and will be caused to expend monies for such care in the future; she has suffered, continues to suffer and will in the future suffer pain and mental anguish; she has been and will in the future be prevented from engaging in normal activities and she lost wages and gains she otherwise would have made and her earning capacity has been

diminished; and she has been deprived of the enjoyment of persons in like circumstances and has been otherwise damaged, all to her damage.

WHEREFORE, Plaintiff prays for judgment against the Defendants, jointly, severally, or in the alternative, for actual and punitive damages as are allowed and appropriate in such sums as will fully, fairly and justly compensate the Plaintiff and for the cost of this action.

By: *s/Michael A. Monastra*
Gedney M. Howe, IV (Federal Bar No. 13339)
Michael A. Monastra (Federal Bar No. 13587)
GEDNEY M. HOWE, IV, LLC
PO Box 1034
Charleston, SC 29402
P: (843) 722-8048
F: (843) 722-2140
E: gedney4@gedneyhowe.com
E: mmonastra@gedneyhowe.com

*Attorneys for Plaintiffs*

February 4, 2026
Charleston, South Carolina